**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1000**

BENEDICTA I. ABODE,

                                        Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A75-376-812)

Submitted:  June 15, 2005          Decided:  July 11, 2005

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Marc Seguinót, THE HELEIN LAW GROUP, LLP, McLean, Virginia, for Petitioner.  Peter D. Keisler, Assistant Attorney General, Papu Sandhu, Senior Litigation Counsel, Theodore C. Hirt, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benedicta I. Abode, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Abode's motion. <u>See</u> 8 C.F.R. § 1003.2(a) (2005). Accordingly, we deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re: Abode</u>, No. A75-376-812 (B.I.A. Nov. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>